# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO C. PINEDA<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC;<br><br>Defendant. | Case No.: 5:17-cv-01450-R (PJWx)<br><br>Hon. Manuel L. Real<br><br>**[PROPOSED] JUDGMENT**<br><br>Superior Court Case No.: CIVDS1710836<br>Action Filed: June 7, 2017 |

This matter comes before the Court on *defendant* Ocwen Loan Servicing, LLC's ("Defendant") Motion to Dismiss *plaintiff* Socorro C. Pineda's Complaint (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings,

**IT IS ORDERED** that Defendant's Motion is GRANTED.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendant and against plaintiff Socorro C. Pineda.

**IT IS SO ORDERED.**

Dated: October 4, 2017

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE